**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEANETTE NEGRETE,

    Plaintiff,

v.

PETSMART INC, *et al.*

    Defendants.
/

No. C 13-04300 WHA

**SUA SPONTE JUDICIAL REFERRAL FOR DETERMINING RELATIONSHIP OF CASES**

    Plaintiff filed a motion to relate the present action with *Moore v. PetSmart, Inc., et al.*, No. 12-cv-0577-EJD (Dkt. No. 23). Under Civil Local Rule 3–12, however, the motion to relate should have been filed in *Moore* because it is the earliest-filed case.

    The above captioned case is hereby **REFERRED** to Judge Edward Davila to determine whether it is related to *Moore*.

**IT IS SO ORDERED.**

Dated: October 21, 2013.

                           WILLIAM ALSUP
                           UNITED STATES DISTRICT JUDGE