IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANETTE NEGRETE, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorney General Act ("PAGA"),<br><br>    Plaintiff(s),<br> v.<br>PETSMART, INC.,<br><br>    Defendant(s). | CASE NO. 5:13-cv-04300 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 28), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for December 13, 2013, is VACATED, and will be reset, if necessary, upon resolution of the anticipated Motion for Consolidation.

In that regard, the court schedules a hearing on the anticipated Motion for Consolidation for **January 31, 2014, at 9:00 a.m.** Counsel shall file the motion according to the deadlines provided by Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: December 11, 2013

                EDWARD J. DAVILA
                United States District Judge