**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   JEANETTE NEGRETE, individually and on          CASE NO. 5:13-cv-04300 EJD
     behalf of other members of the general
11   public similarly situated, and as an           **ORDER DENYING PLAINTIFF'S**
     aggrieved employee pursuant to the Private     **MOTION TO CONSOLIDATE**
12   Attorneys General Act ("PAGA"),

13                                                   [Docket Item No(s). 30]
                       Plaintiff(s),
14        v.

15   PETSMART, INC., et. al.,

16
                       Defendant(s).
17   _____/

18        Plaintiff Jeanette Negrete ("Plaintiff"), on behalf of herself and a putative class of similarly-

19   situated individuals, alleges that Defendants Petsmart, Inc. and Randy Mosbacher ("Defendants")

20   committed various violations of the California Labor Code and related statutes in connection with

21   Plaintiff's employment as a pet groomer.  In a prior order, the court found this action related to

22   Moore v. Petsmart, Inc., Case No. 5:12-cv-03577 EJD.[1]  Presently before the court is Plaintiff's

23   motion to consolidate the related actions, which is opposed by Defendants.  See Docket Item No. 30.

24        Pursuant to Federal Rule of Civil Procedure 42, actions that "involve a common question of

25   law and fact" may be consolidated. Fed. R. Civ. P. 42(a).  The "district court has broad discretion

26   _____

27        [1] The Negrete action involves a class of individuals who worked as pet groomers in
     California from 2008 through 2012 and a subclass of pet groomers employed in California from
28   2011 through 2012.  The Moore action involves similar class and subclass definitions and asserts
     many of the same causes of action.

                                              1
     CASE NO. 5:13-cv-04300 EJD
     ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE

1  under this rule to consolidate cases pending in the same district." <u>Investors Research Co. v. U.S.</u>

2  <u>Dist. Court for Cent. Dist. of California</u>, 877 F.2d 777, 777 (9th Cir. 1989).  In exercising this broad

3  discretion, the court should "'weigh the interest of judicial convenience against the potential for

4  delay, confusion and prejudice.'" <u>Zhu v. UCBH Holdings, Inc.</u>, 682 F. Supp. 2d 1049, 1052 (N.D.

5  Cal. 2010) (quoting <u>Sw. Marine, Inc. v. Triple A Mach. Shop, Inc.</u>, 720 F. Supp. 805, 806-807 (N.D.

6  Cal. 1989)).

7      Here, for reasons that are rather obvious, the <u>Negrete</u> and <u>Moore</u> actions involve common

8  questions of law and fact, and consolidating the actions may result in some amount of efficiency.

9  But those commonalities notwithstanding, the court has determined that any convenience or

10  efficiency is outweighed by the inevitable delay and prejudice that would also result.  Indeed, it

11  cannot be ignored that the actions are at different procedural stages.  The <u>Moore</u> action has

12  progressed further, and is on the verge of commencing the process for preliminary approval of a

13  class action settlement.  Consolidating the actions at this stage would, at the very least, delay the

14  settlement process in <u>Moore</u>, if not preclude it altogether.  Such a result is prejudicial to the <u>Moore</u>

15  plaintiffs as well as to Defendants.

16      Accordingly, the Motion to Consolidate is DENIED.  Defendants' request to stay this action

17  is also DENIED.  The hearing scheduled for January 31, 2014, is VACATED.

18      The court schedules a Case Management Conference in the <u>Negrete</u> action for **March 21,**

19  **2014, at 10:00 a.m.**  The parties shall file an updated Joint Case Management Statement on or

20  before **March 14, 2014.**

21  **IT IS SO ORDERED.**

22

23  Dated:  January 27, 2014

24  EDWARD J. DAVILA
    United States District Judge

25

26

27

28

**United States District Court**
For the Northern District of California

CASE NO. 5:13-cv-04300 EJD
ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE