**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10    JEANETTE NEGRETE, individually and on        CASE NO. 5:13-cv-04300 EJD
      behalf of other members of the general
11    public similarly situated, and as an         **ORDER CONTINUING CASE**
      aggrieved employee pursuant to the Private   **MANAGEMENT CONFERENCE**
12    Attorneys General Act ("PAGA"),

13
                      Plaintiff(s),
14        v.

15    PETSMART, INC., et. al.,

16
                      Defendant(s).
17    _____/

18          The Case Management Conference in the above-captioned action currently scheduled for

19    March 21, 2014, is CONTINUED to **10:00 a.m. on April 25, 2014.**  The parties shall file a Joint

20    Case Management Statement on or before **April 18, 2014.**

21          In addition, the court hereby extends the order precluding any motion practice in this action.

22    Accordingly, neither party may file a dispositive motion, motion for class certification, or any other

23    type of motion without first obtaining leave of court through an administrative application made

24    pursuant to Civil Local Rule 7-11.

25    **IT IS SO ORDERED.**

26    Dated:  March 13, 2014

27                                               EDWARD J. DAVILA
                                                 United States District Judge
28

1