IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANETTE NEGRETE, individually and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorney General Act ("PAGA"),<br><br>　　　　　Plaintiff(s),<br>　v.<br>PETSMART, INC.,<br><br>　　　　　Defendant(s). | CASE NO. 5:13-cv-04300 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　Having reviewed the parties' Joint Case Management Statement (Docket Item No. 42), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for April 25, 2014, is CONTINUED to **10:00 a.m. on June 6, 2014.** The parties shall file an updated Joint Case Management Statement on or before **May 30, 2014.**

　　The order precluding motion practice in this action without prior leave to court (see Docket Item No. 41) shall remain in effect until the court orders otherwise.

**IT IS SO ORDERED.**

Dated: April 21, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
CASE NO. 5:13-cv-04300 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE