United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANETTE NEGRETE, individually and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>            Plaintiff(s),<br>    v.<br><br>PETSMART, INC., et. al.,<br><br>            Defendant(s).<br>_____/ | CASE NO. 5:13-cv-04300 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference in the above-captioned action currently scheduled for June 6, 2014, is CONTINUED to **10:00 a.m. on November 14, 2014.** The parties shall file an updated Joint Case Management Statement on or before **November 7, 2014.**

In addition, the court hereby extends the order precluding any motion practice in this action. Accordingly, neither party may file a dispositive motion, motion for class certification, or any other type of motion without first obtaining leave of court through an administrative application made pursuant to Civil Local Rule 7-11.

The motions to appear telephonically (Docket Item Nos. 44, 45) are TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: June 2, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-04300 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE