UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANETTE NEGRETE, individually and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br>v.<br><br>PETSMART, INC., et al.,<br><br>Defendants. | Case No. 5:13-CV-04300-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference scheduled for November 14, 2014 is CONTINUED to **10:00 a.m. on February 19, 2015**. The parties shall file an updated Joint Case Management Statement on or before **February 12, 2015**.

In addition, the court hereby extends the order precluding any motion practice in this action. Accordingly, neither party may file a dispositive motion, motion for class certification, or any other type of motion without first obtaining leave of court through an administrative application made pursuant to Civil Local Rule 7-11.

**IT IS SO ORDERED**.

Dated: November 10, 2014

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:13-CV-04300-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE