UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANETTE NEGRETE, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorney General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>PETSMART, INC., et al.,<br><br>Defendants. | Case No. 5:13-cv-04300-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 51 |

Having reviewed the parties' Joint Case Management Conference Statement filed on April 9, 2015 (Docket Item No. 51), the court has determined that a Case Management Conference is unnecessary at this time.

Accordingly, the Case Management Conference scheduled for April 16, 2015 is VACATED and will be re-set, if necessary, upon the issuance of this court's order regarding the Final Approval of Class Action Settlement and Attorneys' Fees and Costs in <u>Moore v. Petsmart, Inc.</u>, Case No. 5:12-cv-03577-EJD.

**IT IS SO ORDERED.**

Dated: April 13, 2015

_____
EDWARD J. DAVILA
United States District Judge