UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANETTE NEGRETE, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorney General Act,<br><br>             Plaintiff,<br><br>    v.<br><br>PETSMART INC., et al.,<br><br>             Defendants. | Case No.  5:13-cv-04300-EJD<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE FILE** |

In light of the settlement in <u>Moore v. Petsmart, Inc.</u>, Case No. 5:12-cv-03577-EJD, which requires the dismissal of this action upon payment to Plaintiff, the court directs the Clerk to ADMINISTRATIVELY CLOSE this file.

**IT IS SO ORDERED.**

Dated:  May 23, 2016



EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-04300-EJD
ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE FILE

1